JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE SIOW, | ) Case No. EDCV 12-00428-OP |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner of Social Security and dismissing this action with prejudice.

DATED: November 20, 2012

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge